# EXHIBIT

# C



Martin S. Kedziora
Tel 312.236.4386
Fax 312.899.0330
kedzioram@gtlaw.com

February 20, 2026

## *VIA OVERNIGHT DELIVERY AND EMAIL*

Vista Medical Center
ATTN: Kimberly Needham CEO
1324 N Sheridan Rd.
Waukegan, IL 60085

*Re:* **NOTICE OF BREACH AND DEMAND FOR PAYMENT**
**Settlement Agreement dated June 30, 2025 between Health Advocates Network, Inc. ("Health Advocates Network") and Waukegan Illinois Hospital Company, LLC, d/b/a Vista Health System, an Illinois limited liability company ("Vista").**

To Whom It May Concern:

This firm represents Health Advocates Network. Reference is made to the Settlement Agreement dated June 30, 2025 between Health Advocates Network and Vista.

Pursuant to the Settlement Agreement, Vista agreed to pay Health Advocates Network $2,600,000 in equal weekly installments of $50,000 beginning July 4, 2025. Vista has failed to make the payments required under the Settlement Agreement. To date, Vista has made the following payments:

| Date | Amount |
|---|---|
| 7/3/2025 | $50,000.00 |
| 7/11/2025 | $50,000.00 |
| 7/18/2025 | $50,000.00 |
| 7/28/2025 | $50,000.00 |
| 8/4/2025 | $50,000.00 |
| 8/11/2025 | $50,000.00 |
| 8/18/2025 | $50,000.00 |
| 8/25/2025 | $50,000.00 |
| 11/20/2025 | $50,000.00 |
| 1/7/2026 | $25,000.00 |

**Greenberg Traurig, LLP | Attorneys at Law**

360 North Green Street | Suite 1300 | Chicago, IL 60607 | T +1 312.456.8400 | F +1 312.456.8435

Albany. Amsterdam. Atlanta. Austin. Berlin⁺ Boston. Charlotte. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Kingdom of Saudi Arabia⁺ Las Vegas. London⁺ Long Island. Los Angeles. Mexico City⁺ Miami. Milan⁺ Minneapolis. Munich⁺ New Jersey. New York. Northern Virginia. Orange County. Orlando. Philadelphia. Phoenix. Portland. Sacramento. Salt Lake City. San Diego. San Francisco. São Paulo⁺ Seoul⁺ Shanghai. Silicon Valley. Singapore⁺ Tallahassee. Tampa. Tel Aviv⁺ Tokyo⁺ United Arab Emirates⁺ Warsaw⁺ Washington, D.C. West Palm Beach. Westchester County.

Operates as: ˜Greenberg Traurig Germany, LLP; «Greenberg Traurig Khalid Al-Thebity Law Firm; ⁺A separate UK registered legal entity; +Greenberg Traurig, S.C.; » Greenberg Traurig Studio Legale Associato; ∕Greenberg Traurig Brazil Consultores em Direito Estrangeiro – Direito Estadunidense; ∞Greenberg Traurig LLP Foreign Legal Consultant Office; ˜Greenberg Traurig Singapore LLP; ^A branch of Greenberg Traurig, P.A., Florida, USA; ≡GT Tokyo Horitsu Jimusho and Greenberg Traurig Gaikokuhojimubegoshi Jimusho; ‹Greenberg Traurig Limited; ˜Greenberg Traurig Nowakowska-Zimoch Wysokiński sp.k..

www.gtlaw.com

February 20, 2026
Page 2

Vista has missed multiple payments. Its last payment was received on January 7, 2026, and Vista has not made any weekly payments since. Pursuant to Section 3 of the Settlement Agreement, if Vista "fails to timely pay a Weekly Paydown (a 'Payment Default'), [Vista] shall be in immediate default of this Agreement and, without the need for any written notice, [Vista] shall be obligated to pay to [Health Advocates Network] the Aggregate Amount Due less any Weekly Paydowns and [Health Advocates Network shall be entitled to enforce any and all rights and remedies hereunder, under the PSA and/or under applicable law." Settlement Agreement, § 3.

Accordingly, Vista is in immediate default and is obligated to pay the full principal balance of **$2,407,701.44**, together with all accrued interest (which exceeded **$350,000** at the time of the Settlement Agreement and continues to accrue), as well as attorneys' fees, less weekly payments received to date , which total $475,000. Unless Health Advocates Network receives (1) payment of all overdue amounts and (2) written confirmation that Vista will resume timely weekly payments on or before **Friday, February 27, 2026**, Health Advocates Network will pursue all available remedies to collect the full balance due, including the initiation of litigation without further notice.

Nothing contained herein shall be deemed a waiver of any rights, remedies, or recourse available to Health Advocates Network, nor an election of any remedies against Vista, all of which are expressly reserved.

Very truly yours,

Martin S. Kedziora

cc:     Faisal Gill fgill@amhealthsystems.com
        Brianna Roark broark@amhealthsystems.com