### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| HEALTH ADVOCATES NETWORK, INC., d/b/a eHospitalHire, <br><br> Plaintiff, <br><br> vs. <br><br> WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC d/b/a VISTA HEALTH SYSTEM, <br><br> Defendant. | Case No. 1:26-cv-07611 <br><br> District Judge: Hon. Sunil R. Harjani <br><br> Magistrate Judge Hon. Gabriel A. Fuentes |

### MOTION FOR ENTRY OF DEFAULT

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff Health Advocates Network, Inc., d/b/a eHospitalHire ("Plaintiff"), by and through its undersigned counsel, hereby moves for entry of default against Defendant Waukegan Illinois Hospital Company, LLC, d/b/a Vista Health System ("Defendant"), due its failure to file a responsive pleading or otherwise defend this action. In support of this motion, Plaintiff states as follows:

1.      On June 29, 2026, Plaintiff filed its Complaint against Defendant asserting a claim for breach of contract. (Dkt. No. 1.)

2.      On June 30, 2026, Defendant was served with the Summons and Complaint. (*See* Dkt. No. 7, Affidavit of Special Process Server, a copy of which is attached hereto as **Exhibit 1**.)

3.      Defendant was required to answer or otherwise plead to the Complaint on or before July 21, 2026. (*See id.*; Federal Rule of Civil Procedure 12(a)(1)(A)(i)).

1

4. To date, Defendant has not served an answer or any other responsive pleading, nor has any counsel of record made an appearance on Defendant's behalf. Thus, the Court should enter default against the Defendant pursuant to Federal Rule of Civil Procedure 55(a).

5. Federal Rule of Civil Procedure 55(a) provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." FRCP 55(a); *see also VLM Food Trading Int'l, Inc. v. Ill. Trading Co.*, 811 F.3d 247, 255 (7th Cir. 2016) (explaining that "[t]here are two stages in a default proceeding: the establishment of the default, and the actual entry of a default judgment.") (quoting *In re Catt*, 368 F.3d 789, 793 (7th Cir. 2004)).

6. "Although Rule 55(a), Fed.R.Civ.P. refers to entry of default by the clerk, it is well-established that a default also may be entered by the court." *Breuer Elec. Mfg. Co. v. Toronado Sys. of Am., Inc.*, 687 F.2d 182, 185 (7th Cir. 1982).

7. Defendant is not a minor, in the military, or an incompetent person. It is an Illinois limited liability company.

8. Defendant has failed to plead or otherwise defend the action despite being properly served with the Complaint and Summons.

WHEREFORE, Plaintiff respectfully requests that this Court enter default against Defendant, or alternatively, direct the Clerk of Court to enter a default against Defendant pursuant to Federal Rule of Civil Procedure 55(a), and grant such other relief as this Court deems just and proper.

Dated: July 23, 2026                    Respectfully submitted,

                                        **PLAINTIFF HEALTH ADVOCATES**
                                        **NETWORK, INC., d/b/a eHospitalHire**

                                        */s/ Martin Kedziora*
                                        Martin Kedziora (ARDC # 6300162)
                                        Rachel Daniels (ARDC # 6348709)
                                        GREENBERG TRAURIG, LLP
                                        360 N. Green St., Suite 1300
                                        Chicago, IL 60607
                                        Tel: (312) 456-8400
                                        kedzioram@gtlaw.com
                                        rachel.daniels@gtlaw.com

                                        *Attorneys for Plaintiff Health Advocates*
                                        *Network, Inc., d/b/a eHospitalHire*

3

**CERTIFICATE OF SERVICE**

I, Martin Kedziora, an attorney, certify that on July 23, 2026, I caused the foregoing Plaintiff's Motion for Entry of Default to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record, and caused a copy of the foregoing Motion to be sent via first class United States mail and via UPS overnight mail to the following:

WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC
d/b/a VISTA HEALTH SYSTEM
c/o C T Corporation System
208 S. La Salle St. Ste. 814,
Chicago, IL 60604-1101


/s/ Martin Kedziora

4

# EXHIBIT 1

451330
Law Firm Ref#: **Health Advocates Network**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

HEALTH ADVOCATES NETWORK, INC., d/b/a eHospitalHire,

Case No.: **1:26-cv-07611**

**Plaintiff(s),**

VS

WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC d/b/a VISTA HEALTH SYSTEM,

**Defendant(s).**

### AFFIDAVIT OF SPECIAL PROCESS SERVER

**Michael Mitchell** being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am a registered employee of It's Your Serve, Inc., Illinois Department of Financial and Professional Regulation number 117.000885.

INDIVIDUAL/ENTITY TO BE SERVED: **WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC d/b/a VISTA HEALTH SYSTEM c/o CT Corporation System, Registered Agent**

I, Served the within named INDIVIDUAL/ENTITY on **6/30/2026 at 12:15 PM**

**CORPORATE SERVICE:** by leaving a copy of this process with **Derrick Hackett** (Title): **Intake Specialist** , a person authorized to accept service. I informed that person of the contents thereof.

TYPE OF PROCESS: **Summons in a Civil Action; Complaint; Corporate Discolsure Statement And Local Rule 3.2 Notification as to Affiliates**

ADDRESS WHERE SERVED: **208 S La Salle St Ste 814, Chicago, IL 60604-1101**

The sex, race and approximate age of the individual/entity with whom the copy of this process was left is as follows:

Sex: **Male** - Race: **African American** - Hair: **Gray** - Approx. Age: **35-40** - Height: **5'7** - Weight: **160**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

_____
Michael Mitchell, Process Server 129409960
Dated: ___7/ 2/ 2026___



It's Your Serve, Inc.
134 N. LaSalle Street, #1410
Chicago, IL 60602
(312) 855-0303

451330

Order #:451330/ILPRF441

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-07611

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Waukegan Illinois Hospital Company was received by me on *(date)* 6/30/26 .LLC d/b/a Vista Health System c/o CT Corporation System

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Derrick Hackett, Intake Specialist who is designated by law to accept service of process on behalf of *(name of organization)* CT Corporation System on *(date)* 6/30/26 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/2/2026

_____
Server's signature

Michael Mitchell, Process Server
Printed name and title

134 N. LaSalle St. Ste.1410, Chicago, IL 60602
Server's address

Additional information regarding attempted service, etc:

451330