**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Health Advocates Network, Inc., d/b/a eHospitalHire,<br><br>            Plaintiff,<br><br>      v.<br><br>Waukegan Illinois Hospital Company, LLC d/b/a Vista Health System,<br><br>            Defendant. | Case No. 26-cv-7611<br>Hon. Sunil R. Harjani |

**DEFENDANT'S UNOPPOSED MOTION TO**
**EXTEND TIME TO RESPOND TO COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant Waukegan Illinois Hospital Company, LLC d/b/a Vista Health System ("Defendant") moves the Court for an extension of time to answer or otherwise respond to Plaintiff's complaint:

1.      Per the docket in this case, Defendant was served with process on June 30, 2026. Dkt. No. 7.  Accordingly, Defendant was required to appear and respond to the complaint by July 21, 2026.  Fed. R. Civ. P. 12(a)(1)(A)(i).

2.      Defendant did not meet that deadline.  This occurred because Defendant had not yet secured counsel for this matter in Illinois.

3.      Upon realizing the status of this litigation, Defendant promptly hired the undersigned counsel on July 29, 2026.  The next day, counsel emailed Plaintiff's counsel to let them know Defendant now had representation and to request Plaintiff's agreement for an extension of time to answer or otherwise respond to the complaint.

4. Counsel for Plaintiff confirmed on July 30, 2026, that Plaintiff does not oppose Defendant's request to extend the time to answer or otherwise respond to the complaint until August 27, 2026.

5. Plaintiff will not be unfairly prejudiced by this brief extension of time; rather, allowing counsel to get up to speed will permit the Court to evaluate this case on the merits.[1] *See Gracco v. Vitran Exp., Inc.*, 559 F.3d 625, 630-31 (7th Cir. 2009) (noting the Seventh Circuit's "policy of favor trial on the merits over default judgment").

6. Defendant has not sought or received a prior extension of time to respond to Plaintiff's complaint.

7. Defendant requests until August 27, 2026 to answer or otherwise respond to the Complaint. This is just over one month from the date on which Defendant hired counsel.

8. Because this is a new matter and new client, counsel requires this time to investigate the allegations of the complaint and to prepare an appropriate response.

Wherefore, Defendant respectfully requests the Court enter an order: (a) granting this motion; (b) extending the time for Defendant to answer or otherwise respond to the complaint until August 27, 2026; and (c) granting such further relief as the Court deems equitable and appropriate.

---

[1] Although Plaintiff filed a motion for entry of default on July 23, 2026, prior to when Defendant hired counsel, and a hearing was set for August 6, 2026, no default has been entered on the docket as of the filing of this motion. *See* Dkt. 10.

Dated: July 31, 2026

Respectfully submitted,

Waukegan Illinois Hospital Company, LLC d/b/a
Vista Health System

By: /s/ Michael S. Shapiro
      One of its attorneys

Michael S. Shapiro (No. 6279776)
Katherine N. Vega (No. 6339791)
Tomlinson & Shapiro, P.C.
5440 N. Cumberland Ave., Suite 111
Chicago, IL 60656
Phone:  (312) 715-8770
Fax:  (866) 625-7089
Email: mss@tomlinsonshapiro.com
      knv@tomlinsonshapiro.com

## **CERTIFICATE OF SERVICE**

I, Michael S. Shapiro, an attorney, hereby certify that on July 31, 2026, I electronically filed the foregoing **Defendant's Unopposed Motion To Extend Time to Respond to Complaint** with the Clerk of the Court using the CM/ECF system, which caused a copy of the filing to be served on all attorneys of record.

By:   /s/ Michael Shapiro
          Michael S. Shapiro

4