## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Health Advocates Network, Inc

                        Plaintiff,

v.                                            Case No.: 1:26–cv–07611
                                            Honorable Sunil R. Harjani

Waukegan Illinois Hospital Company, LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 6, 2026:

      MINUTE entry before the Honorable Sunil R. Harjani: Status hearing held by telephone. In light of Defendant's responsive pleading deadline of 8/27/2026 [16], Plaintiff's motion for entry of default [9] is withdrawn as stricken. By 8/27/2026, the parties shall file a joint initial status report. A template for the Joint Initial Status Report can be found on the Court's web page. The status hearing previously set for 9/15/2026 at 9:15 a.m. by telephone shall stand. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.