**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Health Advocates Network, Inc

Plaintiff,

v.

Case No.: 1:26−cv−07611
Honorable Sunil R. Harjani

Waukegan Illinois Hospital Company, LLC

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 17, 2026:

MINUTE entry before the Honorable Gabriel A. Fuentes: Initial status hearing held. The parties updated the Court on discovery scheduling and possible imminent settlement. The Court granted the defense oral motion to extend the Rule 26(a) (1) service deadline to 9/22/26, and the initial written discovery service deadline to 10/6/26, for good cause shown including the facilitation of settlement. The discovery schedule otherwise stands, subject to further order of court. With a district court status hearing now set for 11/19/26 and a fact cutoff of 11/13/26, no status report deadline is set at this time, but the parties were advised to inform the Court of any earlier settlement if it occurs. Otherwise, a further hearing or report date will be set after the 11/19/26 district court hearing. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.