**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| HEALTH ADVOCATES NETWORK, INC., d/b/a eHospitalHire,<br><br>Plaintiff,<br><br>vs.<br><br>WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC d/b/a VISTA HEALTH SYSTEM,<br><br>Defendant. | Case No. 1:26-cv-07611<br><br>District Judge: Honorable Sunil R. Harjani<br><br>Magistrate Judge: Honorable Gabriel A. Fuentes |

# JOINT STATUS REPORT

Plaintiff Health Advocates Network, Inc., d/b/a eHospitalHire ("Plaintiff") and Defendant Waukegan Illinois Hospital Company, LLC d/b/a Vista Health System ("Defendant"), by their respective counsel, and pursuant to the Court's Order entered on September 21, 2026 (Dkt. 24), submit this Joint Status Report on the status of discovery and settlement, and state as follows:

1. **Status of Discovery:**

Neither party served written discovery, noticed any depositions, or issued any subpoenas, and the deadlines to do so have expired. The deadline to serve written discovery expired on October 6, 2026, and the deadline to notice depositions or issue subpoenas expired on October 13, 2026. (Dkt. 23; Dkt. 20.) No discovery is needed.

*Plaintiff's Additional Statement:*

This is a single-count breach of contract action to recover amounts owed to Plaintiff for healthcare staffing services provided pursuant to a Professional Services Agreement dated September 22, 2023, as amended (the "PSA"), and the parties' subsequent Settlement Agreement

dated June 30, 2025, in which Vista acknowledged the debt owed and agreed to a payment plan. Vista failed to make the required weekly payments and thereby defaulted under the PSA and the Settlement Agreement.

In its Answer to the Complaint, Vista admitted that it entered into the PSA and Settlement Agreement and admitted the amounts owed thereunder. (Dkt. 19, ¶¶ 7, 11, 27, 30). Vista did not assert any affirmative defenses. Accordingly, there are no material factual disputes concerning Vista's liability or amounts owed to Plaintiff. Plaintiff is entitled to judgment as a matter of law and anticipates seeking judgment on the pleadings and/or summary judgment.

**2. Status of Settlement:**

The parties generally agreed to a revised payment plan proposed by Defendant and negotiated a settlement agreement reflecting those terms. Plaintiff thereafter accommodated Vista's repeated requests to extend the commencement date for the revised payment plan and, on at least three occasions, provided Vista with an updated execution version reflecting the agreed-upon extension. However, Vista has not to date returned an executed agreement or commenced making payments.

Accordingly, Plaintiff has no choice but to move forward with seeking entry of judgment.

Dated: November 9, 2026

Respectfully Submitted,

**PLAINTIFF HEALTH ADVOCATES NETWORK, INC., d/b/a eHospitalHire,**

By:/s/ *Martin S. Kedziora*

Martin S. Kedziora
Rachel Daniels
**Greenberg Traurig, LLP**
360 N. Green Street, Suite 1300
Chicago, IL 60607
Tel: (312) 456-8400
kedzioram@gtlaw.com
rachel.daniels@gtlaw.com

**DEFENDANT WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC d/b/a VISTA HEALTH SYSTEM**

By: /s/ *Michael S. Shapiro*

Michael S. Shapiro
Katherine N. Vega
**Tomlinson & Shapiro, P.C.**
5440 N. Cumberland, Ste. 111
Chicago, IL 60656
Tel: (312) 715-8770
mss@tomlinsonshapiro.com
knv@tomlinsonshapiro.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 9, 2026, a copy of the foregoing Joint Status Report was filed electronically through the Court's CM/ECF which will, in turn, send a notice of electronic filing to all counsel of record.

*/s/ Rachel Daniels*